UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7614-CAS (MANx) | Date | October 30, 2008 |
|---|---|---|---|
| Title | *DAVID BANKS; ET AL. v. DON GAIL, ET. AL.,* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **November 17, 2008** why this action should not be dismissed for lack of prosecution **as to DEFENDANTS DON GAIL; DON GAIL INSURANCE; REAL ESTATE PROFESSIONALS INSURANCE COMPANY; PACIFIC REAL ESTATE ASSOCIATION DE, INC.; ALL PERSONS CLAIMING BY, THROUGH, OR UNDER SUCH DECEDENT, THE ESTATE OF DON GAIL (DOE 1), only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) Corrected proofs of service of Summons on the Third Amended Complaint and Third Amended Complaint on **defendants REAL ESTATE PROFESSIONALS INSURANCE COMPANY;** and **PACIFIC REAL ESTATE ASSOCIATION DE, INC.**, pursuant to the Notice of Deficiencies Default/Default Judgment filed on October 21, 2008 [Docket nos. 205 and 206]; and

2) An answer to the Third Amended Complaint by **defendants DON GAIL; DON GAIL INSURANCE;** and **ALL PERSONS CLAIMING BY, THROUGH, OR UNDER SUCH DECEDENT, THE ESTATE OF DONG GAIL (DOE 1),** or plaintiff's request for entry of default on these defendants

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |