# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  **P-SEND**

| | | | |
|---|---|---|---|
| Case No. | CV06-7614-CAS(JWJx) | Date | February 27, 2009 |
| Title | *DAVID BANKS V. DON GAIL ET AL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFFS** show cause in writing not later than **March 14, 2009** why this action should not be dismissed for lack of prosecution **as to defendants Don Gail, Don Gail Insurance, Real Estate Professionals Insurance and Pacific Real Estate Association DE Inc.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) An answer by each of the **defendants Don Gail and Don Gail Insurance on the Third Amended Complaint,** or plaintiffs' request for entry of default on those defendants; and

2) Motion for default judgement on the Third Amended Complaint against defendants **Real Estate Professionals Insurance and Pacific Real Estate Association DE Inc.**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | KPA |